

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JEAN D., et al.,

        Plaintiffs

- against -

MARIO CUOMO, as Governor of the
State of New York, et al.,

        Defendants.
------------------------------------X

90 Civ. 0861
(SS)

Order Approving Class Action Settlement

This cause having come on for consideration of approval of a proposed class action settlement jointly submitted for approval under Rule 23(e) of the Federal Rules of Civil Procedure by counsel for plaintiffs and defendants, and notice having been given to the class pursuant to Rule 23(e) as directed by the Court's order of November 8, 1993, and the Court having considered the comments submitted by and on behalf of the plaintiffs and members of the class, including affidavits of counsel for the parties in support of the proposed settlement, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Court approves the terms of the Settlement signed by counsel for the parties on October 14, 1993, a copy of which is attached hereto and incorporated herein by reference, as fair, reasonable and adequate;

2. The settlement shall take effect in accordance with its terms; and

1

3. Until further order, the Court retains continuing jurisdiction for all purposes. Pursuant to paragraph 19 of the settlement, the case is placed on the inactive calendar, subject to reinstatement to the active calendar under the terms of paragraphs 19 and 21, except that the case remains on the active calendar for resolution of plaintiffs' claims for attorney's fees, insofar as they cannot be resolved by the parties, in accordance with paragraphs 18 and 22.

New York, NY  
December 23, 1993        _____
                         United States District Judge